# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2141.  MARVIS MCDANIEL-IVEY v. SHERRY BOSTON.**
**A18A2142. MARVIS MCDANIEL-IVEY v. A & S REPAIRS & REMODELING.**

In Case No. A18A2141, Marvis McDaniel-Ivey, purportedly on behalf of Marcus D. Ivey, seeks review of the trial court's order denying permission to proceed in forma pauperis on a petition for writ of habeas corpus. Because this is an appeal from a decision in a habeas corpus case, jurisdiction lies in the Supreme Court.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4); *Fullwood v. Sivley*, 271 Ga. 248, 249 (517 SE2d 511) (1999) (direct appeal from "an order denying filing of a habeas petition pursuant to O.C.G.A. § 9-15-2" falls within the Supreme Court's jurisdiction over habeas cases).  Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court.

Case No. A18A2142 is a related appeal involving the same parties.  For purposes of judicial economy, it is also TRANSFERRED to the Supreme Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/20/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.